UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2472

FILED
2008 AUG 11 AM 9:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No._____ |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| Jose Luis RAMIREZ-Meza ) | Title 8, U.S.C., Section 1326 Attempted Entry After Deportation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **August 9, 2008** within the Southern District of California, defendant **Jose Luis RAMIREZ-Meza,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Alfredo Loperena
CBP Enforcement Officer

Sworn to before me and subscribed in my presence this **11th** day of **August, 2008**.

UNITED STATES MAGISTRATE JUDGE

Arrest 8-9-08

I, United States Customs and Border Protection (CBP) Enforcement Officer Liliana De Anda, declare under penalty of perjury the following to be true and correct:

On August 9, 2008 at about 3:36 a.m., **Jose Luis RAMIREZ-Meza (Defendant)**, made application for admission in to the United States at the San Ysidro Port of Entry, through the primary pedestrian lanes. Defendant presented himself for inspection before United States Customs and Border Protection (CBP) Officer. Defendant presented his expired California Identification Card and told the CBP Officer he was a United States citizen by virtue of birth in Los Angeles, California. During the primary inspection, the CBP Officer performed a name query and received a positive match to the query for illegal entry. The CBP Officer referred Defendant to the secondary for further inspection.

In secondary, Defendant was queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT). IDENT record identified Defendant as a citizen of Mexico who has been previously deported / removed. Defendant's identity was also verified by 10-digit fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS response linked Defendant to Immigration Service and FBI records.

Checks of Immigration Service records, including the Immigration Central Index System (CIS) and Deportable Alien Control System (DACS) information confirmed Defendant to be a citizen of Mexico with no legal documents to enter the United States. DACS records indicate Defendant was ordered deported / removed by an Immigration Judge from the United States to Mexico on or about April 29th, 1996. DACS also indicates Defendant was subsequently removed from the United States to Mexico through Calexico, California. Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally seek reapplication for admission.

At about 9:38 a.m. during a videotaped proceeding, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and agreed to answer questions without benefit of counsel. Defendant admitted he was born in Ciudad Juarez, Chihuahua, Mexico. Defendant admitted he was going to Huntington, California to reunite with his family. Defendant admitted he does not possess any legal documents to enter, pass through or remain in the United States. Defendant admitted being ordered removed in 1996 by an Immigration Judge and removed from the United States on 1992, 1995, 1997, 2002 and 2008. Defendant admitted he had full knowledge he was banned from entering the United States.

Executed on this **9th day of August, 2008** at 4:00 p.m.

_____
Liliana De Anda / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of 1 page, I find probable cause to believe that the Defendant named therein committed the offense on **August 9th, 2008** in violation of Title 8, United States Code, Section 1326.

_____
MAGISTRATE JUDGE

8/10/2008 at 11:05 a.m.
_____
DATE / TIME